UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTHONY ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>I SOLOMON, et al.,<br><br>    Defendants. | Case No. 20-cv-01560-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 11, 2020

_____
SUSAN ILLSTON
United States District Judge